JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVERYMD.COM LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:16-cv-00595-SJO-FFM<br><br>Judge: Hon. S. James Otero, Dept. 1<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff EVERYMD LLC and Defendant eBay Inc., parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims and counterclaims between the moving parties are dismissed with prejudice; and

1   2.   Each party is to bear its own costs and attorneys' fees with respect to
2  this legal action and the entry of this Stipulation and Order of Dismissal with
3  Prejudice.
4   **IT IS SO ORDERED**.

6  Dated: _May 19, 2016__

*S. James Otero*
_____
Hon. S. James Otero
United States District Judge